UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLISON ROHLWING,

                        Plaintiff,

          -against-

ROBERTA ROLLER RABBIT, LLC,

                        Defendant.
-------------------------------------------------------------X

20 Civ. 3625 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order at Dkt. No. 5, dated May 18, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, the initial pretrial conference is scheduled for July 2, 2020, at 10:40 A.M.;

WHEREAS, on June 19, 2020, Plaintiff filed an executed waiver of service, dated June 15, 2020 (Dkt. No. 6);

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **June 29, 2020, at noon**.

Dated: June 25, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE